

```
                                USDC SDNY
                                DOCUMENT
                                ELECTRONICALLY FILED
                                DOC #:_____
                                DATE FILED: 06/26/2025
```

June 26, 2025

**Via ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Conference set for 7/23/2025 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, September 3, 2025 at 2:00 p.m.</u> A control date of <u>August 22, 2025</u> is set for counsel to file the Stipulation of Dismissal.
>
> **APPLICATION GRANTED**
> /s/ Katharine H. Parker
> Hon. Katharine H. Parker, U.S.M.J.
> 06/26/2025

Re:   United States of America for the use of
      FAXA Inc. v. Travelers Casualty and Surety Company of America
      Case No. 1:25-cv-01342-KHP

Dear Judge Parker:

This firm represents plaintiff FAXA Inc. ("FAXA" or "Plaintiff") in the above-referenced action. This letter is submitted jointly with counsel for defendant Travelers Casualty and Surety Company of America ("Defendant").

<u>We write to advise the Court that the Parties have reached a settlement in principle and are actively in the process of memorializing same. There is an Initial Case Management Conference scheduled for July 23, 2025. Based on the foregoing, the Initial Case Management Conference is not needed at this time, and we respectfully request that the Court set a control date of August 22, 2025, or another date convenient for the Court, for the settlement to be effectuated and for a Stipulation of Dismissal to be filed.</u>

Thank you for your courtesy and consideration in this matter.

Respectfully submitted,

**WELBY BRADY & GREENBLATT, LLP**

/s/ Adam P. Briskin
Adam P. Briskin

cc: Thomas D. Flinn, Esq. (*via ECF*)

Please Address Replies To:
50 Main Street, Suite 1600, White Plains, NY 10606
Tel: (914) 428-2100    www.wbgllp.com    Fax: (855) 740-2860

NEW YORK    •    NEW JERSEY    •    CONNECTICUT