USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FAXA INC.,

                                    Plaintiff,

           -against-

TRAVELERS CASUALTY and
SURETY COMPANY OF AMERICA,

                                    Defendant.
-----------------------------------------------------------------X

**25-CV-1342 (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Stipulation of Voluntary Dismissal filed on August 19, 2025 (doc. no 25) the Initial Case Management Conference currently scheduled for **September 3, 2025** is hereby adjourned sine die.

       **SO ORDERED.**

DATED:    New York, New York
                 August 20, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge